# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br>NICOLE MARIE FORTIER | CASE NO: 21-03892<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 12/9/2021, a copy of the following documents, described below,

Order Dismissing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/9/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Standing Trustee
Kelly Remick
PO Box 89948
Tampa, FL  33689

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | CASE INFO | CM/ECF E-SERVICE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A8<br>CASE 8-21-BK-03892-RCT<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>THU DEC 9 14-47-13 EST 2021 | NOTE  ENTRIES WITH A + AT THE END OF THE<br>NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF | ALAN D BORDEN +<br>DEBT RELIEF LEGAL GROUP LLC<br>901 W HILLSBOROUGH AVENUE<br>TAMPA FL 33603-1309 |

| CM/ECF E-SERVICE | | |
|---|---|---|
| APRIL HOSFORD STONE +<br>TROMBERG MORRIS POULIN PLLC<br>1515 S FEDERAL HIGHWAY SUITE 100<br>BOCA RATON FL 33432-7404 | AR RESOURCES INC<br>ATTN BANKRUPTCY<br>PO BOX 1056<br>BLUE BELL PA 19422-0287 | BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA FL 33634-2413 |

| BANK OF AMERICA NA<br>PO BOX 31785<br>TAMPA FL 33631-3785 | DEPARTMENT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | IC SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL MN 55164-0378 |
|---|---|---|

| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | ~~EXCLUDE~~<br>~~KELLY REMICK +~~<br>~~CHAPTER 13 STANDING TRUSTEE~~<br>~~POST OFFICE BOX 89940~~<br>~~TAMPA FL 33689-0416~~ | MIDLAND FUNDING<br>ATTN BANKRUPTCY<br>350 CAMINO DE LA REINE STE 100<br>SAN DIEGO CA 92108-3007 |
|---|---|---|

| DEBTOR | | |
|---|---|---|
| NICOLE MARIE FORTIER<br>13021 OSPREY AVE<br>BROOKSVILLE FL 34614-3512 | OAK HILL HOSPITAL<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE SC 29602-1927 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CASCADE CAPITAL FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |

| | CM/ECF E-SERVICE | |
|---|---|---|
| ~~EXCLUDE~~<br>~~ROBERTA A COLTON~~<br>~~TAMPA~~<br>~~FL~~ | UNITED STATES TRUSTEE    TPA713 7+<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 | |

ADDRESSES WHERE AN EMAIL PRESENTATION WAS GIVEN "CM/ECF" SERVICE VIA THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

USTPRegion21.TP.ECF@USDOJ.GOV

(Trustee)
Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

ecf@ch13tampa.com

(Debtor)
Nicole Marie Fortier
13021 Osprey Ave
Brooksville, FL 34614
represented by:
Alan D Borden
Debt Relief Legal Group, LLC
901 W. Hillsborough Avenue
Tampa, FL 33603

data@1800debtrelief.com

(Creditor)
Bank of America, N.A.
represented by:
April Hosford Stone
Tromberg Morris Poulin PLLC
1515 S. Federal Highway, Suite 100
Boca Raton, FL 33432

astone@tmppllc.com